| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Alan I. Nahmias (SBN 125140)<br>Michael E. Bubman (SBN 143468)<br>MIRMAN, BUBMAN & NAHMIAS<br>16133 Ventura Boulevard, Suite 1175<br>Encino, CA 91436<br>Telephone: (818) 451-4600<br>Facsimile: (818) 451-4620<br>Email: anahmias@mbn.law;<br>mbubman.@mbn.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 22 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>KAREN KHACHERYAN<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:24-bk-11736-MB<br>CHAPTER: 7<br><br>**ORDER ON MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY WITH RESPECT TO DEBTOR [11 U.S.C. § 362(c)(3)] OR THAT NO STAY IS IN EFFECT [11 U.S.C. § 362(c)(4)(A)(ii)]**<br><br>DATE:          January 7, 2025<br>TIME:          10:00 a.m.<br>COURTROOM: 303<br>PLACE:         21041 Burbank Boulevard<br>              Woodland Hills, CA 91367 |

**Movant** *(name)*:    PENNYMAC LOAN SERVICING, LLC

1. The Motion was:    ☒ Opposed         ☐ Unopposed

2. ☐ The motion is denied:    ☐ without prejudice    ☐ with prejudice    ☐ on the following grounds:

   a.  ☐ Based upon the findings and conclusions set forth on the record at the hearing
   b.  ☐ Unexcused non-appearance by Movant
   c.  ☐ Lack of proper service
   d.  ☐ Lack of cause
   e.  ☐ Other (*specify*):

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3. ☒ The motion is **GRANTED** on **ONE** of the following grounds (*select one*):

    a. ☒ Pursuant to 11 U.S.C. § 362(c)(3), a single or joint case filed by or against the Debtor was pending but dismissed within the year ending on the petition date of this case, the dismissed case was not a case refiled under a chapter other than chapter 7 following dismissal under 11 U.S.C. § 707(b), and 30 days have elapsed since the filing of the petition in the above-entitled case and no order has been entered continuing the stay; or

    b. ☐ Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii), two or more single or joint cases filed by or against the Debtor were pending but dismissed within the year ending on the petition date of this case and none of the dismissed cases was refiled under a chapter other than chapter 7 after dismissal under 11 U.S.C. § 707(b).

4. ☒ Based upon the motion being granted, this order **CONFIRMS** that (*select one*):

    a. ☒ Under 11 U.S.C. § 362(c)(3) the automatic stay has been terminated with respect to the Debtor; or

    b. ☐ Under 11 U.S.C. § 362(c)(4)(A)(ii) no stay was ever in effect in this case.

5. ☐ The motion is settled by stipulation. A stipulation containing all required signatures has been filed separately.

    a. ☐ The stipulation is **APPROVED** and its operative terms are **ORDERED** by the court; or

    b. ☐ The stipulation is **NOT APPROVED**.

6. ☒ Additional provisions (if any):

    a. ☐ See attached continuation page; or

    b. ☒ Insert provisions here:

    This Order is based upon the findings and conclusions made by the Court at the hearing on the Motion.

    As provided by 11 U.S.C. Section 362(j), the automatic stay was terminated in all respects in this case on November 15, 2024, as to both the Debtor and property of the Estate, and was no longer in effect at the time Pennymac conducted its foreclosure sale on the real property located at 6537 Columbus Avenue, Van Nuys, CA 91411.

###

Date: January 22, 2025

Martin R Barash
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 4001-1.TERM.STAY.ORDER**

*826970.1*